# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2666
LT Case No. 2023-CA-051576

———————————————

CHRISTINE CASALINO-BURROWS,

    Appellant,

    v.

ALYSSA CASALINO, as Personal
Representative of the Estate of
Thomas S. Casalino, Jr.,

    Appellee.

———————————————

Nonfinal Appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Charles A. Kohler, Melbourne, for Appellant.

Brice Zoecklein, of Zoecklein Law, PA, Brandon, for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and BOATWRIGHT, JJ., concur

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————